UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH NELSON
PO Box 1422
Warren MI 48090

Albert Thrower
PO Box 602637
Cleveland OH 44102

JOHN DOE #1

JANE DOE #1

JOHN DOE #2

JANE DOE #2

    Plaintiffs
Vs

HSBC BANK USA
1800 Tysons Blvd Ste 500, McLean, VA 22102

HSBC BANK USA
2950 Adventura Blvd
MIAMI, FL  33180

HSBC BANK USA
95 WASHINGTON ST
BUFFALO, NY  14203

HSBC BANK USA
452 5th Ave, New York, NY 10018

HSBC BANK USA
AT & T Center, 227 W Monroe St, Chicago, IL 60606    Defendants

Case:2:22-cv-12771
Judge: Goldsmith, Mark A.
MJ: Stafford, Elizabeth A.
Filed: 11-15-2022 At 04:22 PM
COMP NELSON, ET. AL V. HSBC BANK USA, ET. AL (KB)
Judge

DIVERSITY ACTION
28 USC Sec 1332

BREACH OF CONTRACT
UNJUST ENRICHMENT
THEFT OF FUNDS

$100,000+
JURY TRIAL DEMANDED

## JURISDICTION

This action is based on Federal Diversity per 28 **U.S. Code § 1332 - Diversity of citizenship**; amount in controversy; costs ... (a) The district courts shall have original **jurisdiction** of all civil ...   and is in excess of $75,000

## FACTS

1) Albert Thrower MBA, (P) DBA Xpress Tax, (OHIO) opened account personal account Routing # ▇▇▇▇0020, Account #▇▇▇▇5957

2) Per conversation with HSBC representative when opening account was told could deposit 3rd party funds into account per his DBA tax business XPRESS TAX registered Ohio DBA

3) (P) deposited funds from JANE DOE #1, IRS refund as agreed with JANE DOE #1 a CLEVELAND OHIO resident (P) did taxes for years since JANE DOE does not have a bank account per JANE DOE #1 request. Per Ex A, CANCELLED CHECK JANE DOE was paid her refund

4) On or about 2020, (P) did unemployment claim for JANE DOE #1 for agreed payment to and donation for 2020 taxes that (P) did not receive in 2020 or 2019

5) In 2020, (P) did taxes for ELIZABETH NELSON, and unemployment claim - funds paid into HSBC account.

6) On approximately 5/20, HSBC did not allow (P) access to his funds

7) 9/20 (P) ELIZABETH NELSON called IRS to inquire as to 2020 TAX REFUND and IRS told ELIZABETH NELSON that funds were paid into (P) account 8/20 @ HSBC *supra-* of $1000 or entire deposit-these funds were deposited when (P) did not have access to SAID FUNDS

8) Per *para* 7, *supra*, HSBC allowed funds to be paid into (P) account for over 1 year but did not allow (P) access to said funds

9) (P) estimated funds at last viewed statement 4/20 $6300, plus deposits AFTER HSBC froze (P) account to be $10,000-$11,000.

10) 2021 (D) HSBC sold USA personal accounts to CITIZENS BANK and send (P) numerous letters as to transfer of funds to CITIZENS BANK including debit card

11) 2021 CITIZENS BANK debit card never worked, and CITIZENS employee said "wrong account #"

12) 2022 HSBC sent letter that HSBC was keeping HSBC account, closed account and sent (P) check for about $341

13) IRS informed ELIZABETH NELSON (P) refund was never returned to IRS.

14) Unemployment monies were never returned to MICHIGAN UNEMPLOYMENT for unemployment

15) JANE DOE #1 said she never received any monies returned to IRS

## CLAIMS

UNJUST ENRICHMENT- per facts supra same as if rewritten herein

THEFT OF FUNDS per FACTS same as if rewritten herein

BREACH OF CONTRACT per FACTS same as if rewritten herein

REQUESTED AMOUNT- $10,000-$11,000 funds in the *supra*-account that were not turned over to ALBERT THROWER, Nelson

Punitive Damages $100,000

ALL COST OF THIS ACTION

IF SAME CANNOT BE SETTLED PETITION FOR MOVE FOR A CLASS ACTION AGAINST HSBC with attorney for same, for $500 million similar situated account holders

Respectfully submitted

Elizabeth Nelson pro'se

Albert Thrower pro'se

JS 44 (Rev. 10/20)            **CIVIL COVER SHEET**      County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**                                                            **DEFENDANTS**
Elizabeth Nelson                                             HSBC Bank USA

**(b)** County of Residence of First Listed Plaintiff   Macomb MI            County of Residence of First Listed Defendant   Fairfax VA
*(EXCEPT IN U.S. PLAINTIFF CASES)*                                           *(IN U.S. PLAINTIFF CASES ONLY)*
                                                                          NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*                 Attorneys *(If Known)*
Pro-se
PO 1422
Warren MI 48090

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*        **III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | | Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) | | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| | | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                              Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| ☒ 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 USC § 1332   Breach Contract
Brief description of cause: Diversity Action; Theft of Funds

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $ 500 Million    CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE 11-15-22      SIGNATURE OF ATTORNEY OF RECORD *Elizabeth Nelson* pro se

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?   ☐ Yes   ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes   ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :
_____

PURSUANT TO LOCAL RULE 83.11