UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 2:22-cv-12771 MAG EAS

ELIZABETH NELSON
PO Box 1422
Warren MI 48090

Judge   Mark Goldsmith

Albert Thrower
*PO Box 6702
Cleveland OH 44101

AMENDED COMPLAINT INSTANTER

DIVERSITY ACTION
28 USC Sec 1332

*New Address

BREACH OF CONTRACT
UNJUST ENRICHMENT
THEFT OF FUNDS

   Plaintiffs
Vs

HSBC BANK USA
1800 Tysons Blvd Ste 500, McLean, VA 22102

$100,000+
JURY TRIAL DEMANDED

HSBC BANK USA
2950 Adventura Blvd
MIAMI, FL   33180

FILED USDC - CLRK DET
2023 JAN 3 PM 4:17

HSBC BANK USA
95 WASHINGTON ST
BUFFALO, NY  14203

HSBC BANK USA
452 5th Ave, New York, NY 10018

HSBC BANK USA
AT & T Center, 227 W Monroe St, Chicago, IL 60606

HSBC FINANCIAL SERVICES CORPORATION (USA)

c/o          CORPORATION TRUST CENTER 1209 ORANGE ST

            WILMINGTON

            DE                               19801

            302-658-7581

Defendants

## JURISDICTION

This action is based on Federal Diversity per 28 **U.S. Code** § 1332 - **Diversity of citizenship; amount in controversy; costs** ... (a) The district courts shall have original **jurisdiction** of all civil ... and is in excess of $75,000

HSBC Bank USA is Worldwide Bank= The Hongkong and Shanghai Banking Corporation Limited used to operate in Michigan but per Michigan Secretary of State does not appear to operate in Michigan having sold accounts to CITIZENS BANK and having withdrawn certificates filed with Secretary of State of Michigan.

HSBC Bank USA does maintain offices in VA, FLA, NY, and was originally incorporated in DE. Plaintiff's list those address to obtain service over the HSBC Bank USA plaintiff.

(P) ELIZABETH NELSON is a resident of Macomb County MI

(P) Albert Thrower is a resident of Cuyahoga County, Ohio

## FACTS

1) Plaintiff Albert Thrower MBA, resident of (OHIO) opened account Routing # xxxxxxxxx   Account # xxxxxxxxxx

2) In 2020, (P) THROWER MBA did taxes for ELIZABETH NELSON, and MI unemployment claim - funds paid into (P) THROWER MBA HSBC account.

3) On approximately 5/20, HSBC did not allow (P) THROWER MBA access to his funds though funds were paid into account which at that time contained approximately $6300

4) 9/20 (P) ELIZABETH NELSON called IRS to inquire as to 2020 TAX REFUND and IRS told ELIZABETH NELSON that funds were paid into (P) Thrower MBA account

    8/20 @ HSBC *supra-* of $1000 or entire deposit-these funds were deposited when (P) Thrower MBA did not have access to said funds

5) (D) HSBC allowed funds to be paid into (P) Thrower MBA account for over 1 year but did not allow (P) THROWER MBA access to said funds

6) (P) viewed online statement 5/20 balance $6300, later-deposits after HSBC froze (P) THROWER MBA estimates account to be $10,000-$11,000 account balance.

7) (D) HSBC refused to pay bills listing (P) Thrower MBA account after 5/20

8) 2021 (D) HSBC sold USA personal accounts to CITIZENS BANK and send (P) THROWER MBA numerous letters as to transfer of funds to CITIZENS BANK including debit card

9) 2021 CITIZENS BANK debit card never worked, and CITIZENS Bank employee said "wrong account #"

10) 2022 HSBC sent letter that HSBC was keeping (P) Thrower MBA HSBC account, then closed account and sent (P) THROWER MBA check for about $341

11) IRS informed ELIZABETH NELSON (P) refund was never returned to IRS from HSBC account.

12) (P) ELIZABETH NELSON unemployment monies were never returned to MICHIGAN UNEMPLOYMENT after being paid into (P) THROWER MBA ACCOUNT

## CLAIMS

UNJUST ENRICHMENT- per facts supra same as if rewritten herein

THEFT OF FUNDS per FACTS same as if rewritten herein

BREACH OF CONTRACT per FACTS same as if rewritten herein

FRAUD-per FACTS same as if rewritten herein

REQUESTED AMOUNT- $10,000-$11,000 funds in the *supra*-account that were not turned over to (P) ALBERT THROWER,

Punitive Damages $100,000

ALL COST OF THIS ACTION

Interest per statutory code

IF SAME CANNOT BE SETTLED PETITION FOR MOVE FOR A CLASS ACTION AGAINST HSBC with attorney for same, for $500 million similar situated account holders

Respectfully submitted

Elizabeth Nelson pro'se

Albert Thrower pro'se