UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elizabeth Nelson, et al

Plaintiff(s),

Case No. 4:22-cv-12771

v.

Judge  F. Kay Behm

HSBC Bank USA, et al

Magistrate Judge  Elizabeth A. Stafford

Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number  __14__ , filed  __4/26/2023__ , has been modified.  The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Davon__ at __234-5012__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: April 26, 2023

s/D. Allen
Deputy Clerk